UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:1:20-22738-CV-UNGARO

OYDUMIS ABREU
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ALPINE TOWING, INC., a Florida Profit Corporation and
LARRY J. SARAVIA, Individually
    Defendant(s)
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, OYDUMIS ABREU by and through his undersigned counsel, and in agreement with Defendants, ALPINE TOWING INC., and LARRY J. SARAVIA hereby provides notice that the parties have reached a settlement of all claims in this case. The parties are in the process of finalizing the agreement and preparing the dismissal documents, which will be filed with the Court upon completion.

  Dated: August 27, 2020

                                           **PEREGONZA THE ATTORNEYS, PLLC**
                                           1414 NW 107th Ave,
                                           Suite 302
                                           Doral, FL 33172
                                           Tel. (786) 650-0202
                                           Fax. (786) 650-0200

                                           By: /s/Nathaly Saavedra
                                           Nathaly Saavedra, Esq.
                                           Fla. Bar No. 118315
                                           Email: nathaly@peregonza.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Nathaly Saavedra
Nathaly Saavedra, Esq.

## SERVICE LIST

Nathaly Saavedra, Esq.
Fla. Bar No. 118315
Email: nathaly@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202
Fax. (786) 650-0200

Attorney for Plaintiff


Dino G. Galardi
Fla. Bar No. 628220
Email: dgalardi@fowler-white.com
Lindsay M. Massillon
Fla. Bar No. 92098
Email: lmassillon@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

Attorneys for Defendants

Method Service: CM/ECF Notice